# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE LEON COROTHERS,<br><br>                                    Petitioner,<br><br>         v.<br><br>M. EVANS, Warden,<br><br>                                    Respondent. | Civil No.   07-0823 WQH (CAB)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND REOPENING CASE** |

On May 7, 2007, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On May 14, 2007, this Court dismissed the petition for failure to satisfy the filing fee requirement.  Petitioner was notified that, in order to have his case reopened, he had to either (1) pay the filing fee or (2) provide adequate proof of his inability to pay, no later than July 9, 2007.

On June 18, 2007, Petitioner filed a request to proceed in forma pauperis.  According to his trust account statement, Petitioner has no funds on account at the California correctional institution in which he is presently confined.  Petitioner cannot afford the $5.00 filing fee.  Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis and **ORDERS** the case reopened.

**IT IS SO ORDERED.**

DATED: June 25, 2007

                                                                  *William Q. Hayes*
                                                                  **WILLIAM Q. HAYES**
                                                                  United States District Judge