# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Donte Leon Corothers

           V.                                            **JUDGMENT IN A CIVIL CASE**

M. Evans, Warden

                                                CASE NUMBER:    07cv823 WQH (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's motion to dismiss is granted. The case is dismissed without prejudice.

| September 10, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON September 10, 2007